Richard M. Glovin, SBN 142977
**LAW OFFICES OF RICHARD M. GLOVIN**
One Capitol Mall, 7th Floor
Sacramento, California 95814-4407
Telephone: (916) 440-8893
Facsimile: (916) 447-6163

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MELODY HJERPE,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN LAING HOMES (CALIFORNIA) INC., a California Corporation; EMC CREATIVE, a business entity form unknown; and DOES 1 through 20,<br><br>    Defendants.<br>_____/ | CASE NO. 2:07-cv-01026-MCE-DAD<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON**<br>**FRCP 41(a)(2)** |

TO THE COURT AND ALL PARTIES IN THE ABOVE MATTER:

Plaintiff, Melody Hjerpe respectfully requests this Court dismiss this lawsuit, without prejudice. Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2), when there is no counterclaim on file, the Court may dismiss such action on such terms and conditions as it deems proper, without approval by defendants.

///

///

///

Plaintiff reserves all copyrights and the right to refile this lawsuit.

DATED: September 26, 2007             **LAW OFFICES OF RICHARD M. GLOVIN**


BY: _____
     RICHARD M. GLOVIN

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2), there being no counterclaim on file, dismissal without prejudice is permitted.

IT IS HEREBY ORDERED, that this entire lawsuit is dismissed without prejudice.

Dated:  September 26, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE